ANNA DUSENBERRY, appellant,

*v.*

HELEN IBACH et al., executors, respondents.

[Decided October 27th, 1926.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Lewis, whose opinion is reported in *99 N. J. Eq. 39.*

*Messrs. Morrison, Lloyd & Morrison,* for the appellant.

*Messrs. Mackey & Mackey, Mr. John M. Dolan, Mr. Frederick V. Watson, Mr. Charles C. Scott,* and *Messrs. Humphreys & Sumner,* for the respondents.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the court below.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ.    15.

*For reversal*—None.